UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Izydorek, E. Robert | § § | Case No. 09-23338 |
| Izydorek, Deanna L | § § | |
| Debtors(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/26/2009. The undersigned trustee was appointed on 06/29/2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized gross receipts of                               $        55,945.28

   Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative Expenses | 0.00 |
| Bank Service Fees | 0.00 |
| Other Payments to Creditors | 0.00 |
| Non-Estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the Debtor | 0.00 |
| Other Payments to Debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 55,945.28 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 05/18/2011 and the deadline for filing governmental claims was 05/18/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

    7. The Trustee's proposed distribution is attached as **Exhibit D.**

    8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $6,047.26. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $6,047.26, for a total compensation of $6,047.26. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $235.79 for total expenses of $235.79

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date :  05/01/2017　　　　　　　　　　By :  /s/ Joseph A. Baldi
　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) Page 2

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 09-23338 | Judge: | Timothy A. Barnes | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|---|
| Case Name: | Izydorek, E. Robert | | | Date Filed (f) or Converted (c): | 06/26/2009 (f) |
| | Izydorek, Deanna L | | | 341(a) Meeting Date: | 08/13/2009 |
| For Period Ending: | 05/01/2017 | | | Claims Bar Date: | 05/18/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 9259 S. Trumbull Ave, Evergreen Park, IL | 171,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on Hand | 100.00 | 100.00 | | 0.00 | FA |
| 3. Checking Account with Alaska USA FCU | 100.00 | 100.00 | | 0.00 | FA |
| 4. Checking Account with TCF Bank | 5.00 | 0.00 | | 0.00 | FA |
| 5. Checking Account w/TCF Bank, joint with daughter | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. Computer | 500.00 | 500.00 | | 0.00 | FA |
| 7. Miscellaneous Household Furniture | 2,500.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous Collectibles | 400.00 | 400.00 | | 0.00 | FA |
| 9. Miscellaneous Clothing | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 10. Miscellaneous Costume Jewelry | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. Term-life insurance through Union Labor & Life | 0.00 | 0.00 | | 0.00 | FA |
| 12. Whole-life policy through Prime America | 0.00 | 0.00 | | 0.00 | FA |
| 13. Term-Life insurance through employer | 0.00 | 0.00 | | 0.00 | FA |
| 14. Business: D&I Partnership, LLC | 40,000.00 | 40,000.00 | | 55,200.00 | FA |
| 15. 2001 Ford Taurus 170k miles | 1,215.00 | 0.00 | | 0.00 | FA |
| 16. 2007 Ford Fusion 40k miles | 8,125.00 | 8,125.00 | | 0.00 | FA |
| 17. 2005 Chevrolet Suburban 50k miles | 13,910.00 | 0.00 | | 0.00 | FA |
| 18. Interest from claim against former partner (D&I Partnership) (u) | 0.00 | 745.28 | | 745.28 | FA |

UST Form 101-7-TFR (5/1/2011) (Page 1)                                                                                                              Exhibit A

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 09-23338 | Judge: Timothy A. Barnes | Trustee Name: Joseph A. Baldi |
|---|---|---|
| Case Name: Izydorek, E. Robert | | Date Filed (f) or Converted (c): 06/26/2009 (f) |
| Izydorek, Deanna L | | 341(a) Meeting Date: 08/13/2009 |
| For Period Ending: 05/01/2017 | | Claims Bar Date: 05/18/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 243,355.00 | 50,970.28 | | 55,945.28 | 0.00 |

Re Prop. #1    Stay lifted per order 8/21/09 [dkt 22]
Re Prop. #11    No cash value
Re Prop. #12    No cash value
Re Prop. #13    No cash value
Re Prop. #14    (Debtor's are owed $40,000 from former partners for the sale of their 50% ownership, sold 5/1/08).
Trustee investigated amounts owed and basis of claim.  Trustee determined actual value of claim is higher than scheduled amount.
Former partner, Michael Stropkovic, filed for chapter 7 bankruptcy protection.  Trustee filed proof of claim on 2/15/11 in Stropkovic's chapter 7 case 10-48329, Tom Sullivan trustee.   Received 100% distribution on claim, plus interest.
Re Prop. #18    Interest, pursuant to 726(a)(5), received from Stropkovic bankruptcy case on claim paid (see Asset 14 above)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 2017 - Trustee received final distribution from Trustee in Stropkovic case in January 2017.  Trustee retained accountants and oversaw preparation and filing of Estate tax returns.  Trustee prepared his TFR.

Dec. 2016 - Trustee in Stropkovic case filed final report, set for hearing on 12/23/16.  Claim of $55,000 will be paid in full.  Once receive funds, will prepare final report.

June 2016:  Trustee in Stropkovic case recovered $130,000.00.  Currently awaiting distribution from Stropkovic Trustee.  Estimated dividend to be paid to Estate from Stropkovic Trustee should be substantial.  Upon receiving dividend from Stropkovic Trustee, the Trustee will attend to Estate tax matters and resolve claim issues.

July 22, 2015, 04:09 pm Trustee in Stropkovic case has not concluded administration of case, will follow up on status with Trustee, case will remain open till Stropkovic Trustee concludes administration of case.

Trustee investigated buyout of Debtor's interest in bowling alley
Debtor entered into pre-petition agreement to sell his interest in a bowling alley to partners, but did not receive payments under the agreement.  The bowling alley burned down and the owners filed for bankruptcy.  Trustee filed a proof of claim in the bankruptcy case of the owners, Michael and Karen Stropkovic (case no. 10-48329, Tom Sullivan trustee) for the outstanding amounts owed under the purchase agreement.  The Trustee has communicated with the chapter 7 trustee, Tom Sullivan, for the owners and has been informed that said trustee will pursue recovery from the insurance carrier.  The case will remain open to recover a possible dividend from the owners bankruptcy case--Trustee for owners bankruptcy case has not collected any money and is still pursuing recoveries.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 09-23338 | Judge: Timothy A. Barnes | Trustee Name: Joseph A. Baldi |
|---|---|---|
| Case Name: Izydorek, E. Robert | | Date Filed (f) or Converted (c): 06/26/2009 (f) |
| Izydorek, Deanna L | | 341(a) Meeting Date: 08/13/2009 |
| For Period Ending: 05/01/2017 | | Claims Bar Date: 05/18/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 03/30/2011    **Current Projected Date of Final Report(TFR) :** 06/30/2017

**Trustee's Signature**    /s/Joseph A. Baldi    **Date:** 05/01/2017
Joseph A. Baldi
20 N. Clark St. Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-23338 | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- |
| Case Name: | Izydorek, E. Robert | Bank Name: | Texas Capital Bank |
| | Izydorek, Deanna L | Account Number/CD#: | ******5567 Checking Account |
| Taxpayer ID No: | **-***0336 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 5/1/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/06/2017 | [14] | Bankruptcy Estate of Michael and Karen Stropkovic<br>c/o Thomas B. Sullivan, Trustee<br>105 W Madison Street<br>Suite 1500<br>Chicago, IL 60602 | Full Payment on Claim #5 Filed in Bankruptcy Case No. 10-48329 | 1129-000 | 55,200.00 | | 55,200.00 |
| 01/06/2017 | [18] | Bankruptcy Estate of Michael and Karen Stropkovic<br>c/o Thomas B. Sullivan, Trustee<br>105 W Madison Street<br>Suite 1500<br>Chicago, IL 60602 | Interest Payment on Claim #5 Filed in Bankruptcy Case No. 10-48329 | 1290-000 | 745.28 | | 55,945.28 |
| | | | Page Subtotals | | 55,945.28 | 0.00 | |

| | | |
| --- | --- | --- |
| **COLUMN TOTALS** | 55,945.28 | 0.00 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 55,945.28 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 55,945.28 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| All Accounts Gross Receipts: | 55,945.28 | | | |
| All Accounts Gross Disbursements: | 0.00 | | | |
| All Accounts Net: | 55,945.28 | | | |

UST Form 101-7-TFR (5/1/2011) (Page 1)          **Exhibit B**

# FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No:** | 09-23338 | | | **Trustee Name:** | Joseph A. Baldi | |
| **Case Name:** | Izydorek, E. Robert | | | **Bank Name:** | Texas Capital Bank | |
| | Izydorek, Deanna L | | | **Account Number/CD#:** | ******5567 Checking Account | |
| **Taxpayer ID No:** | **-***0336 | | | **Blanket bond (per case limit):** | 5,000,000.00 | |
| **For Period Ending:** | 5/1/2017 | | | **Separate bond (if applicable):** | 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | | |
| | | | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | ******5567 Checking Account | | 55,945.28 | 0.00 | |
| | | **NetTotals** | | **55,945.28** | **0.00** | **55,945.28** |

UST Form 101-7-TFR (5/1/2011) (Page 2)      **Exhibit B**

| Case: 09-23338 | | | | | | | Joseph A. Baldi Trustee |
| Izydorek, E. Robert | | | CLAIMS REGISTER | | | | Dated: May 01, 2017 |
| Izydorek, Deanna L | | | | | | | EXHIBIT C |

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | 2100-000<br>ADMIN | Valid To Pay | 6,047.26 | 6,047.26 | 0.00 | 6,047.26 | 0.00 |
| | Joseph A. Baldi | 2200-000<br>ADMIN | Valid To Pay | 235.79 | 235.79 | 0.00 | 235.79 | 0.00 |
| | Kutchins, Robbins & Diamond, Ltd.<br>1101 Perimeter Dr., Suite 760<br>Schaumburg, IL 60173 | 3410-000<br>ADMIN | Valid To Pay | 969.00 | 969.00 | 0.00 | 969.00 | 0.00 |

**ADMINISTRATIVE TOTAL**                                                                 7,252.05        7,252.05        0.00        7,252.05        0.00

| Case: 09-23338 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Izydorek, E. Robert | | | CLAIMS REGISTER | | | | Joseph A. Baldi Trustee |
| Izydorek, Deanna L | | | | | | | Dated: May 01, 2017 |
| | | | | | | | EXHIBIT C |

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| 00001 | Ford Motor Credit Company LLC<br>PO Box 537901<br>Livonia, MI 48153 | 7100-000 UNSEC | Valid To Pay | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00002 | Discover Bank DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054 | 7100-000 UNSEC | Valid To Pay | 6,406.68 | 6,406.68<br>246.36 (i) | 0.00 | 6,406.68<br>151.35 (i) | 0.00 |
| 00003 | Chase Bank USA,N.A c/o Creditors Bankruptcy Service<br>PO Box 740933<br>Dallas, TX 75374 | 7100-000 UNSEC | Valid To Pay | 1,906.58 | 1,906.58<br>73.31 (i) | 0.00 | 1,906.58<br>45.04 (i) | 0.00 |
| 00004 | US Department of Education<br>Attn: Borrowers Service Dept.<br>PO Box 5609<br>Greenville, TX 75403 | 7100-000 UNSEC | Valid To Pay | 19,356.80 | 19,356.80<br>744.33 (i) | 0.00 | 19,356.80<br>457.27 (i) | 0.00 |
| 00005 | US Department of Education<br>Attn: Borrowers Service Dept.<br>PO Box 5609<br>Greenville, TX 75403 | 7100-000 UNSEC | Valid To Pay | 6,284.30 | 6,284.30<br>241.66 (i) | 0.00 | 6,284.30<br>148.45 (i) | 0.00 |
| 00006 | Midland Credit Management, Inc. as agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090 | 7100-000 UNSEC | Valid To Pay | 13,615.13 | 13,615.13<br>523.55 (i) | 0.00 | 13,615.13<br>321.63 (i) | 0.00 |
| **UNSECURED TOTAL 100.00%** | | | | 47,569.49 | 47,569.49 | 0.00 | 47,569.49 | 0.00 |
| **INTEREST TOTAL 61.50%** | | | | | 1,829.21 (i) | | 1,123.74 (i) | |
| **REPORT TOTALS** | | | | 54,821.54 | 54,821.54 | 0.00 | 54,821.54<br>1,123.74 (i) | 0.00 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:   09-23338
Case Name:  Izydorek, E. Robert
            Izydorek, Deanna L
Trustee Name:  Joseph A. Baldi

| | Balance on Hand | $55,945.28 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees:   Joseph A. Baldi | $ 6,047.26 | $ 0.00 | $ 6,047.26 |
| Trustee, Expenses:   Joseph A. Baldi | $ 235.79 | $ 0.00 | $ 235.79 |
| Other:  Kutchins, Robbins & Diamond, Ltd. | $ 969.00 | $ 0.00 | $ 969.00 |

Total to be paid for chapter 7 administrative expenses    $ 7,252.05
Remaining Balance    $ 48,693.23

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $47,569.49 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | Ford Motor Credit Company LLC | $ 0.00 | $ 0.00 | $ 0.00 |
| 00002 | Discover Bank DB Servicing | $ 6,406.68 | $ 0.00 | $ 6,406.68 |

UST Form 101-7-TFR (5/1/2011) Page 3

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 00003 | Chase Bank USA,N.A c/o Creditors | $ 1,906.58 | $ 0.00 | $ 1,906.58 |
| 00004 | US Department of Education Attn: | $ 19,356.80 | $ 0.00 | $ 19,356.80 |
| 00005 | US Department of Education Attn: | $ 6,284.30 | $ 0.00 | $ 6,284.30 |
| 00006 | Midland Credit Management, Inc. as | $ 13,615.13 | $ 0.00 | $ 13,615.13 |
| Total to be paid to timely general unsecured creditors | | | | $ 47,569.49 |
| Remaining Balance | | | | $ 1,123.74 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.48% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $1,123.74. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest