UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
Izydorek, E. Robert §   Case No. 09-23338
Izydorek, Deanna L §
     Debtor(s) §
 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $163,535.00 (Without deducting any secured claims) | Assets Exempt: $39,820.00 |
| Total Distributions to Claimants: $48,693.23 | Claims Discharged Without Payment: $48,451.00 |
| Total Expenses of Administration: $7,252.05 | |

3) Total gross receipts of $55,945.28 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $55,945.28 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $242,966.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $7,252.05 | $7,252.05 | $7,252.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $350.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $117,085.00 | $47,569.49 | $47,569.49 | $48,693.23 |
| **TOTAL DISBURSEMENTS** | $360,401.00 | $54,821.54 | $54,821.54 | $55,945.28 |

4) This case was originally filed under chapter 7 on 06/26/2009. The case was pending for 99 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   09/14/2017    By :   /s/ Joseph A. Baldi

Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Business: D&I Partnership, LLC | 1129-000 | $55,200.00 |
| Interest from claim against former partner (D&I Partnership) | 1290-000 | $745.28 |
| **TOTAL GROSS RECEIPTS** | | **$55,945.28** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Attn: | | $22,754.00 | NA | NA | $0.00 |
| | CitiMortgage, Inc. | | $46,946.00 | NA | NA | $0.00 |
| | Dell Financial Services Attn: | | $2,030.00 | NA | NA | $0.00 |
| | Wells Fargo Home Mortgage | | $171,236.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | **$242,966.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kutchins, Robbins & Diamond, Ltd. | 3410-000 | NA | $969.00 | $969.00 | $969.00 |
| Joseph A. Baldi | 2200-000 | NA | $235.79 | $235.79 | $235.79 |
| Joseph A. Baldi | 2100-000 | NA | $6,047.26 | $6,047.26 | $6,047.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$7,252.05** | **$7,252.05** | **$7,252.05** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue | | $350.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $350.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00006 | Midland Credit Management, | 7100-000 | $13,990.00 | $13,615.13 | $13,615.13 | $13,615.13 |
| 00006 | Midland Credit Management, | 7990-000 | $0.00 | NA | NA | $321.63 |
| 00005 | US Department of Education | 7100-000 | $7,314.00 | $6,284.30 | $6,284.30 | $6,284.30 |
| 00005 | US Department of Education | 7990-000 | $0.00 | NA | NA | $148.45 |
| 00004 | US Department of Education | 7100-000 | $26,146.00 | $19,356.80 | $19,356.80 | $19,356.80 |
| 00004 | US Department of Education | 7990-000 | $0.00 | NA | NA | $457.27 |
| 00003 | Chase Bank USA,N.A c/o | 7100-000 | $1,906.00 | $1,906.58 | $1,906.58 | $1,906.58 |
| 00003 | Chase Bank USA,N.A c/o | 7990-000 | $0.00 | NA | NA | $45.04 |
| 00002 | Discover Bank DB Servicing | 7100-000 | $6,406.00 | $6,406.68 | $6,406.68 | $6,406.68 |
| 00002 | Discover Bank DB Servicing | 7990-000 | $0.00 | NA | NA | $151.35 |
| 00001 | Ford Motor Credit Company LLC | 7100-000 | $12,872.00 | $0.00 | $0.00 | $0.00 |
| | Capital | | $3,921.00 | NA | NA | $0.00 |
| | Capital | | $4,510.00 | NA | NA | $0.00 |
| | Capital | | $8,335.00 | NA | NA | $0.00 |
| | Capital | | $9,387.00 | NA | NA | $0.00 |
| | Chase/WaMu Attn: Bankruptcy | | $9,189.00 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Exxon Mobile/GE Consumer | | $3,427.00 | NA | NA | $0.00 |
| | GE Money Bank/Sam's Club | | $7,711.00 | NA | NA | $0.00 |
| | JC Penney Attn: Bankruptcy | | $1,121.00 | NA | NA | $0.00 |
| | Michael J. Korst, P.C. | | $850.00 | NA | NA | $0.00 |
| | Pierce & Associates | | NA | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $117,085.00 | $47,569.49 | $47,569.49 | $48,693.23 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 09-23338 | Judge: | Timothy A. Barnes | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|---|
| Case Name: | Izydorek, E. Robert | | | Date Filed (f) or Converted (c): | 06/26/2009 (f) |
| | Izydorek, Deanna L | | | 341(a) Meeting Date: | 08/13/2009 |
| For Period Ending: | 09/14/2017 | | | Claims Bar Date: | 05/18/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1.  9259 S. Trumbull Ave, Evergreen Park, IL | 171,000.00 | 0.00 | | 0.00 | FA |
| 2.  Cash on Hand | 100.00 | 100.00 | | 0.00 | FA |
| 3.  Checking Account with Alaska USA FCU | 100.00 | 100.00 | | 0.00 | FA |
| 4.  Checking Account with TCF Bank | 5.00 | 0.00 | | 0.00 | FA |
| 5.  Checking Account w/TCF Bank, joint with daughter | 3,000.00 | 0.00 | | 0.00 | FA |
| 6.  Computer | 500.00 | 500.00 | | 0.00 | FA |
| 7.  Miscellaneous Household Furniture | 2,500.00 | 0.00 | | 0.00 | FA |
| 8.  Miscellaneous Collectibles | 400.00 | 400.00 | | 0.00 | FA |
| 9.  Miscellaneous Clothing | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 10. Miscellaneous Costume Jewelry | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. Term-life insurance through Union Labor & Life | 0.00 | 0.00 | | 0.00 | FA |
| 12. Whole-life policy through Prime America | 0.00 | 0.00 | | 0.00 | FA |
| 13. Term-Life insurance through employer | 0.00 | 0.00 | | 0.00 | FA |
| 14. Business: D&I Partnership, LLC | 40,000.00 | 40,000.00 | | 55,200.00 | FA |
| 15. 2001 Ford Taurus 170k miles | 1,215.00 | 0.00 | | 0.00 | FA |
| 16. 2007 Ford Fusion 40k miles | 8,125.00 | 8,125.00 | | 0.00 | FA |
| 17. 2005 Chevrolet Suburban 50k miles | 13,910.00 | 0.00 | | 0.00 | FA |
| 18. Interest from claim against former partner (D&I Partnership) (u) | 0.00 | 745.28 | | 745.28 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 09-23338 | Judge: | Timothy A. Barnes | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|---|
| Case Name: | Izydorek, E. Robert | | | Date Filed (f) or Converted (c): | 06/26/2009 (f) |
| | Izydorek, Deanna L | | | 341(a) Meeting Date: | 08/13/2009 |
| For Period Ending: | 09/14/2017 | | | Claims Bar Date: | 05/18/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 243,355.00 | 50,970.28 | | 55,945.28 | 0.00 |

Re Prop. #1    Stay lifted per order 8/21/09 [dkt 22]
Re Prop. #11   No cash value
Re Prop. #12   No cash value
Re Prop. #13   No cash value
Re Prop. #14   (Debtor's are owed $40,000 from former partners for the sale of their 50% ownership, sold 5/1/08).
Trustee investigated amounts owed and basis of claim.  Trustee determined actual value of claim is higher than scheduled amount.
Former partner, Michael Stropkovic, filed for chapter 7 bankruptcy protection.  Trustee filed proof of claim on 2/15/11 in Stropkovic's chapter 7 case 10-48329, Tom Sullivan trustee.   Received 100% distribution on claim, plus interest.
Re Prop. #18   Interest, pursuant to 726(a)(5), received from Stropkovic bankruptcy case on claim paid (see Asset 14 above)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

07-21-17 - Final report approved and final distribution made.  All checks cleared in July, will prepare and file TDR.

April 2017 - Trustee received final distribution from Trustee in Stropkovic case in January 2017.  Trustee retained accountants and oversaw preparation and filing of Estate tax returns.  Trustee prepared his TFR.

Dec. 2016 - Trustee in Stropkovic case filed final report, set for hearing on 12/23/16.  Claim of $55,000 will be paid in full.  Once receive funds, will prepare final report.

June 2016:  Trustee in Stropkovic case recovered $130,000.00.  Currently awaiting distribution from Stropkovic Trustee.  Estimated dividend to be paid to Estate from Stropkovic Trustee should be substantial.  Upon receiving dividend from Stropkovic Trustee, the Trustee will attend to Estate tax matters and resolve claim issues.

July 22, 2015, 04:09 pm Trustee in Stropkovic case has not concluded administration of case, will follow up on status with Trustee, case will remain open till Stropkovic Trustee concludes administration of case.

Trustee investigated buyout of Debtor's interest in bowling alley
 Debtor entered into pre-petition agreement to sell his interest in a bowling alley to partners, but did not receive payments under the agreement.  The bowling alley burned down and the owners filed for bankruptcy.  Trustee filed a proof of claim in the bankruptcy case of the owners, Michael and Karen Stropkovic (case no. 10-48329, Tom Sullivan trustee) for the outstanding amounts owed under the purchase agreement.  The Trustee has communicated with the chapter 7 trustee, Tom Sullivan, for the owners and has been informed that said trustee will pursue recovery from the insurance carrier.  The case will remain open to recover a possible dividend from the owners bankruptcy case--Trustee for owners bankruptcy case has not collected any money and is still pursuing recoveries.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No: 09-23338 | Judge: Timothy A. Barnes |
| Case Name: Izydorek, E. Robert | Trustee Name: Joseph A. Baldi |
| Izydorek, Deanna L | Date Filed (f) or Converted (c): 06/26/2009 (f) |
| | 341(a) Meeting Date: 08/13/2009 |
| For Period Ending: 09/14/2017 | Claims Bar Date: 05/18/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR):** 03/30/2011  **Current Projected Date of Final Report(TFR):** 06/30/2017

**Trustee's Signature** /s/Joseph A. Baldi   **Date:** 09/14/2017
Joseph A. Baldi
20 N. Clark St. Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-23338 | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- |
| Case Name: | Izydorek, E. Robert | Bank Name: | Texas Capital Bank |
| | Izydorek, Deanna L | Account Number/CD#: | ******5567 Checking Account |
| Taxpayer ID No: | **-***0336 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/14/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/06/2017 | [14] | Bankruptcy Estate of Michael and Karen Stropkovic<br>c/o Thomas B. Sullivan, Trustee<br>105 W Madison Street<br>Suite 1500<br>Chicago, IL 60602 | Full Payment on Claim #5 Filed in Bankruptcy Case No. 10-48329 | 1129-000 | 55,200.00 | | 55,200.00 |
| 01/06/2017 | [18] | Bankruptcy Estate of Michael and Karen Stropkovic<br>c/o Thomas B. Sullivan, Trustee<br>105 W Madison Street<br>Suite 1500<br>Chicago, IL 60602 | Interest Payment on Claim #5 Filed in Bankruptcy Case No. 10-48329 | 1290-000 | 745.28 | | 55,945.28 |
| 06/27/2017 | 51001 | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | | 2100-000 | | 6,047.26 | 49,898.02 |
| 06/27/2017 | 51002 | Joseph A. Baldi<br>20 N Clark Street<br>Suite 200<br>Chicago, IL 60602 | | 2200-000 | | 235.79 | 49,662.23 |
| 06/27/2017 | 51003 | Kutchins, Robbins & Diamond, Ltd.<br>1101 Perimeter Dr., Suite 760<br>Schaumburg, IL 60173 | | 3410-000 | | 969.00 | 48,693.23 |
| | | | | Page Subtotals | 55,945.28 | 7,252.05 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-23338 | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- |
| Case Name: | Izydorek, E. Robert | Bank Name: | Texas Capital Bank |
| | Izydorek, Deanna L | Account Number/CD#: | ******5567 Checking Account |
| Taxpayer ID No: | **-***0336 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/14/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/27/2017 | 51004 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054 | Disb of 102.36% to Claim #00002 | | | 6,558.03 | 42,135.20 |
| | | | (6,406.68) | 7100-000 | | | |
| | | | (151.35) | 7990-000 | | | |
| 06/27/2017 | 51005 | Chase Bank USA,N.A c/o Creditors Bankruptcy Service PO Box 740933 Dallas, TX 75374 | Disb of 102.36% to Claim #00003 | | | 1,951.62 | 40,183.58 |
| | | | (1,906.58) | 7100-000 | | | |
| | | | (45.04) | 7990-000 | | | |
| 06/27/2017 | 51006 | US Department of Education Attn: Borrowers Service Dept. PO Box 5609 Greenville, TX 75403 | Disb of 102.36% to Claim #00004 | | | 19,814.07 | 20,369.51 |
| | | | (19,356.80) | 7100-000 | | | |
| | | | (457.27) | 7990-000 | | | |
| 06/27/2017 | 51007 | US Department of Education Attn: Borrowers Service Dept. PO Box 5609 Greenville, TX 75403 | Disb of 102.36% to Claim #00005 | | | 6,432.75 | 13,936.76 |
| | | | Page Subtotals | | 0.00 | 28,323.72 | |

UST Form 101-7-TDR (10/1/2010) (Page 10)    Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-23338 | | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- | --- |
| Case Name: | Izydorek, E. Robert | | Bank Name: | Texas Capital Bank |
| | Izydorek, Deanna L | | Account Number/CD#: | ******5567 Checking Account |
| Taxpayer ID No: | **-***0336 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/14/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | (6,284.30) | 7100-000 | | | |
| | | | (148.45) | 7990-000 | | | |
| 06/27/2017 | 51008 | Midland Credit Management, Inc. as agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090 | Disb of 102.36% to Claim #00006 | | | 13,936.76 | 0.00 |
| | | | (13,615.13) | 7100-000 | | | |
| | | | (321.63) | 7990-000 | | | |

|  |  | Page Subtotals | 0.00 | 20,369.51 |
| --- | --- | --- | --- | --- |

| | COLUMN TOTALS | 55,945.28 | 55,945.28 |
| --- | --- | --- | --- |
| | Less:Bank Transfer/CD's | 0.00 | 0.00 |
| | **SUBTOTALS** | 55,945.28 | 55,945.28 |
| | Less: Payments to Debtors | | 0.00 |
| | **Net** | 55,945.28 | 55,945.28 |

| | | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| --- | --- | --- | --- | --- | --- |
| All Accounts Gross Receipts: | 55,945.28 | | | | |
| All Accounts Gross Disbursements: | 55,945.28 | ******5567 Checking Account | 55,945.28 | 55,945.28 | |
| All Accounts Net: | 0.00 | **Net Totals** | 55,945.28 | 55,945.28 | 0.00 |